Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−27294−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian J. Russick
   321 Center Ave.
   Runnemede, NJ 08078

Social Security No.:
   xxx−xx−0825

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on September 25, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 14 − 10
Order Granting Notice of Request for Loss Mitigation (Related Doc # 10). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/25/2017. (cmf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 25, 2017
JAN: cmf

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Brian J. Russick  
    Debtor

Case No. 17-27294-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 25, 2017  
    Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm    E-mail/Text: bankruptcy.bnc@ditech.com Sep 25 2017 23:19:31    Ditech Financial, LLC,  
    PO Box 6154,   Rapid City, SD  57709-6154  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2017 at the address(es) listed below:  
    Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Thomas G. Egner   on behalf of Debtor Brian J. Russick tegner@mpadlaw.com, kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 4