Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−27294−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian J. Russick
   321 Center Ave.
   Runnemede, NJ 08078

Social Security No.:
   xxx−xx−0825

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    5/3/18
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Thomas G. Egner, Debtor's Attorney

COMMISSION OR FEES
$1,752.50

EXPENSES
$84.86

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 3, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-27294-JNP
Brian J. Russick                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Apr 03, 2018
                              Form ID: 137             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db          +Brian J. Russick,    321 Center Ave.,    Runnemede, NJ 08078-1535
aty         +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
517030262   +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
517030263   +Borough of Runnmede,    Attn: Tax Office,    24 N. Black Horse Pike,    Runnemede, NJ 08078-1663
517138096   +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
517030264    Camden County MUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
517030265   +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517030266   +Capital One Bank USA NA,    Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
517030267   +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
517030268   +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
517030271   +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517030272   +Experian,    PO Box 4500,    Allen, TX 75013-1311
517030273   +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517030274   +IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
517030276    Jan Waters,    1319 Lafayette Ave,    Westville, NJ 08093
517030278   +Midwest Recovery Syste,    2747 W Clay Street,    Saint Charles, MO 63301-2557
517030283   +PSE&G,    80 Park Plaza,    Newark, NJ 07102-4194
517125819   +PSE&G,    Attn: Bankruptcy,    PO Box 14444,    New Brunswick, NJ 08906-4444
517030280   +Phelan Hallinan Diamond & Jones,    400 Fellowship Road, Suite 100,
              Mount Laurel, NJ 08054-3437
517030282    Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517030284    South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517030287   +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
              Trenton, NJ 08695-0245
517030288   +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
517030289   +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
              Weldon Springs, MO 63304-2225
517030290   +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 23:35:07      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 23:35:05      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517030269   +E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2018 23:33:14      Credit One Bank Na,
              Po Box 98873,    Las Vegas, NV 89193-8873
517116482    E-mail/Text: bankruptcy.bnc@ditech.com Apr 03 2018 23:34:53
              Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
517030270   +E-mail/Text: bankruptcy.bnc@ditech.com Apr 03 2018 23:34:53      Ditech Financial, LLC,
              PO Box 6154,    Rapid City, SD 57709-6154
517030275   +E-mail/Text: cio.bncmail@irs.gov Apr 03 2018 23:34:47      Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517234290    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2018 23:33:22      LVNV Funding LLC,
              c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
517201173    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2018 23:33:57
              LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517181421   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 03 2018 23:35:04      MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
517030277   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 03 2018 23:35:04      Midland Funding,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
517030279   +E-mail/PDF: bankruptcy@ncfsi.com Apr 03 2018 23:33:15      New Century Financial Services, Inc.,
              110 S Jefferson Road,    Whippany, NJ 07981-1038
517030281    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2018 23:51:16
              Portfolio Recovery Associates,    120 Corporate Blvd., Suite 100,    Norfolk, VA 23502
517030286   +E-mail/Text: bankruptcy@sw-credit.com Apr 03 2018 23:35:07      Southwest Credit Systems,
              4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
517030285   +E-mail/Text: bankruptcy@sw-credit.com Apr 03 2018 23:35:07      Southwest Credit Systems,
              4120 International Parkway,    Carrollton, TX 75007-1958
517030289   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2018 23:34:22
              Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
              Weldon Springs, MO 63304-2225
517133546   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2018 23:39:23      Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16

```
District/off: 0312-1                  User: admin                 Page 2 of 2                  Date Rcvd: Apr 03, 2018
                                      Form ID: 137                Total Noticed: 41
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          Ditech Financial, LLC,   PO Box 6154,   Rapid City, SD  57709-6154
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Thomas G. Egner    on behalf of Debtor Brian J. Russick tegner@mpadlaw.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```