UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thomas G. Egner, Esquire
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
tegner@mcdowelllegal.com
*Attorney for the Debtors*

_____

In Re:

    Brian J. Russick,

                   Debtor.

**Order Filed on April 12, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Chapter 13

Case No.: 17-27294

Judge: JNP

## ORDER APPROVING MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**.

**DATED: April 12, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
**Debtor:**   Brian J. Russick
**Case No.:**  17-27294 (JNP)
**Caption:**  Order Granting Motion to Approve Permanent Loan Modification with
              Ditech Financial LLC

AND NOW, this ___ day of _____, 2018, upon consideration of the Debtor's

Motion to Approve Permanent Loan Modification with Creditor Ditech Financial, LLC

and a hearing having been held, it is hereby ORDERED as follows:

1.   The Mortgage Modification Agreement between the Debtor and Ditech

Financial, LLC, as to loan number xxxxxxxx3707, on a home mortgage on 321 Center

Ave., Runnemede, NJ 08078, is **Approved** on the terms and subject to the conditions

contained in the attached "Exhibit A", which was made part of the moving papers.

2.   The mortgage lender may proceed with all steps necessary to consummate and

complete that modification agreement, and to issue bills, statements or other notices in

accordance therewith, without violating the automatic stay under 11 U.S.C. 362.

3.   In the event a loan modification is completed and the pre-petition arrears are

capitalized into the loan, Ditech Financial, LLC shall amend the arrearage portion of its

proof of claim to zero or withdraw the claim within thirty (30) days of completion of the

loan modification.

4.   The Chapter 13 Trustee shall suspend disbursements to Ditech Financial, LLC

pending completion of loan modification and all money that would otherwise be paid to

Ditech Financial, LLC be held until the arrearage portion of the claim is amended to zero

or the claim is withdrawn, or the Trustee is notified by Ditech Financial, LLC that the

modification was not consummated.

**Page 3**
**Debtor:**   Brian J. Russick
**Case No.:**   17-27294 (JNP)
**Caption:**   Order Granting Motion to Approve Permanent Loan Modification with
              Ditech Financial LLC

5.   In the event the modification is not consummated, Ditech Financial, LLC shall notify the Trustee and debtors' attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to Ditech Financial, LLC.

6.   In the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to creditors in accordance with the provisions of the confirmed plan.

7.   Communication and/or negotiations between the Debtor and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

8.   The Debtor shall file an amended Chapter 13 plan and amended schedule J as required within twenty (20) days of the entry of this Order reflecting the terms of the Loan Modification Agreement.