| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| |
| In Re: |

**Order Filed on August 31, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: _____

Chapter:                13

Hearing Date: _____

Judge: _____

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

❏ **MORTGAGE**     ❏ **LIEN**     ❏ **OTHER (specify)** _____

> Recommended Local Form:   ❏ Followed   ❏ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 31, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) _____
   
   _____

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: _____
   b. Current Assignee: _____
   c. Current Servicer: _____
   d. Date of Mortgage/Lien: _____
   e. Date of Recordation: _____
   f. Place of Recordation: _____
      i. Mortgage Book: _____
      ii. Page: _____
   g. Original Principal Balance of Mortgage/Lien: $ _____

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*