**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ  08052
856-482-5544 phone
856-482-5511 fax
tegner@mcdowelllegal.com
Attorney for Debtor

Order Filed on August 31, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian Russick

              Debtor.

Case No:  17-27294

Chapter:  13

Hearing Date:  _____

Judge:  JNP

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,**
**VOIDING AND/OR DISCHARGE OF RECORD OF:**

❑ **MORTGAGE**    ❑ **LIEN**    ☒ **OTHER (specify)** Judgment No. CAM VJ-011983-11

Recommended Local Form:   ☒ Followed   ❑ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 31, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 321 Center Avenue
   Runnemede, NJ 08078

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Citibank USA, N.A.
   b. Current Assignee: Midland Funding
   c. Current Servicer: Midland Funding
   d. Date of Mortgage/Lien: 8/16/2011
   e. Date of Recordation: 9/6/2011
   f. Place of Recordation: Camden County Superior Court
      i. Mortgage Book: _____
      ii. Page: _____
   g. Original Principal Balance of Mortgage/Lien: $ $4,285.85

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court

District of New Jersey

In re:  
Brian J. Russick  
    Debtor

Case No. 17-27294-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 31, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian J. Russick, 321 Center Ave., Runnemede, NJ 08078-1535 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor CitiGroup Mortgage Loan Trust 2021-RP2 hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Nicholas V. Rogers | on behalf of Creditor DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Thomas G. Egner
    on behalf of Debtor Brian J. Russick tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8